# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

──────────────

No. 18-11479

──────────────

CHAD EVERET BRACKEEN; JENNIFER KAY BRACKEEN; STATE OF TEXAS; ALTAGRACIA SOCORRO HERNANDEZ; STATE OF INDIANA; JASON CLIFFORD; FRANK NICHOLAS LIBRETTI; STATE OF LOUISIANA; HEATHER LYNN LIBRETTI; DANIELLE CLIFFORD,

    Plaintiffs - Appellees

v.

DAVID BERNHARDT, SECRETARY, U.S. DEPARTMENT OF THE INTERIOR; TARA SWEENEY, in her official capacity as Acting Assistant Secretary for Indian Affairs; BUREAU OF INDIAN AFFAIRS; UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES OF AMERICA; ALEX AZAR, In his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants - Appellants

CHEROKEE NATION; ONEIDA NATION; QUINAULT INDIAN NATION; MORONGO BAND OF MISSION INDIANS,

    Intervenor Defendants - Appellants

──────────────

Appeals from the United States District Court
for the Northern District of Texas

──────────────

O R D E R :

IT IS ORDERED that the unopposed motion of the Federal Appellants for an extension of time to file a response to the petitions for rehearing en banc is GRANTED IN PART. Federal Appellants response to the petitions for rehearing en banc must be filed no later than October 23, 2019.

IT IS FURTHER ORDERED that the unopposed motion of Appellants Cherokee Nation, Oneida Nation, Quinalt Indian Nation, Morongo Band of Mission Indians, and Intervenor Navajo Nation for an extension of time to file a response to the petitions for rehearing en banc is GRANTED IN PART. Appellants Cherokee Nation, Oneida Nation, Quinalt Indian Nation, Morongo Band of Mission Indians, and Intervenor Navajo Nation response to the petitions for rehearing en banc must be filed no later than October 23, 2019.

/s/ James L. Dennis
_____
JAMES L. DENNIS
UNITED STATES CIRCUIT JUDGE