# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 03, 2024

Mr. David William Casazza
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Suite 900
Washington, DC 20036-4504

Mr. Adam Howard Charnes
Kilpatrick Townsend & Stockton, L.L.P.
2001 Ross Avenue
Suite 4400
Dallas, TX 75201

Ms. Kathryn Fort
Michigan State University College of Law
648 N. Shaw Lane
Suite 216k
East Lansing, MI 48824-0000

Mr. David J. Hacker
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075

Mr. Keith Michael Harper
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Ms. Rachel Heron
U.S. Department of Justice
Environment & Natural Resources Division-Appellate Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

Ms. Beth Ellen Klusmann
Office of the Texas Attorney General
P.O. Box 12548 (MC-059)

Austin, TX 78711-2548

Mr. Matthew D. McGill
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

Mr. Mark Reeves
Kilpatrick Townsend & Stockton, L.L.P.
1450 Greene Street
Enterprise Mill
Suite 230
Augusta, GA 30901

Mr. Lochlan Francis Shelfer
Gibson, Dunn & Crutcher, L.L.P.
1700 M Street, N.W.
Washington, DC 20036-4504

No. 18-11479    Brackeen v. Haaland
                USDC No. 4:17-CV-868

Dear Counsel:

The attorneys are directed to submit, by October 10, 2024, supplemental letter briefs, not to exceed three pages, stating what action the en banc court should take on remand.

The purpose of the letters is to identify which matters, if any, remain for resolution. They are not intended as a full briefing exercise on the merits of any remaining issues. If the court needs a new round of briefing, it will so request. If the parties are in agreement on what remains to be done, a joint letter will be appreciated.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701